OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R $ 00.26⁵
0006557458   FEB 23 2015
MAILED FROM ZIP CODE 78701

2/17/2015

Bingham, Wesley Allen       Tr. Ct. No. 645636-A       WR-82,878-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS

WESLEY ALLEN BINGHAM
TDC # 631724

discharged   U T F

KGJVS3B